

# IN THE
# TENTH COURT OF APPEALS

### No. 10-16-00279-CV

## IN THE MATTER OF THE MARRIAGE OF
## DEENA DUNLAP AND STEPHEN DUNLAP

**From the County Court at Law
Hill County, Texas
Trial Court No. 52051**

## ABATEMENT ORDER

On September 28, 2016, we referred this appeal to mediation. The parties have notified us that the mediation was successful and have filed a joint motion to abate the appeal or, alternatively, to render judgment effectuating the parties' mediated settlement agreement.

We grant the motion in part and abate the appeal for sixty (60) days from the date of this order. *See* TEX. R. APP. P. 42.1(a)(2)(C). If the settlement has been finalized by that date, the parties are instructed to file a motion to reinstate and to dismiss this appeal in accordance with their settlement agreement. If the parties have not finalized their

settlement by that date, the parties are instructed to provide a status report to this Court and to request any necessary extension of the abatement.

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Order issued and filed December 28, 2016
Do not publish

